IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**TITUS SMOAKS,**

    Plaintiff,

vs.                                           CASE NO. 1:06CV222-MMP/AK

**SERGEANT KALVIN, et al,**

    Defendants.

_____/


**REPORT AND RECOMMENDATION**

    Plaintiff filed this cause on October 27, 2006, alleging mostly incoherent claims, and also failed to file a motion for IFP with inmate account information. (Doc. 1). The Court ordered Plaintiff to amend his complaint and submit the necessary account information on or before December 12, 2006. (Doc. 3). When no pleading was filed, the Court ordered Plaintiff to show cause why this case should not be dismissed and requested a response on or before January 12, 2007. (Doc. 5). This order was returned as undeliverable, but a forwarding free-world address was provided. (Doc. 6). The wrong address label was used initially (doc. 9), but the order was re-mailed on January 29, 2007, to the correct name and address and was again returned as undeliverable. Court orders mailed to this same address in another case were also returned as undeliverable resulting in the dismissal of that case for failure to prosecute. See Case No. 1:06CV146-MMP/AK.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Plaintiff has not kept the Court apprised of his current address and taken no action to prosecute his case.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of April, 2007.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:06CV222-MMP/AK